Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424
(806) 748-1980 Office
(806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| CHRISTOPHER MICHAEL COUCH | § | CASE NO. 10-10247-RLJ-13 |
| CARLY TAGAN GANN COUCH | § | |
| | § | HEARING DATE: 10-05-2010 |
| DEBTOR(S) | § | HEARING TIME: 11:00 A.M. |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW WALTER O'CHESKEY,** Standing Chapter 13 Trustee (hereinafter referred to as "Trustee"), and files this his Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on July 30, 2010.

2. Trustee is unable to recommend confirmation in accordance with General Order 2010-01 (16c) because a certificate concerning all applicable Federal, State, and local tax returns as required by Section 1308 of the Bankruptcy Code has not been filed with the Court.

3. Trustee alleges and shows Debtors' Chapter 13 Plan fails to treat a secured claim filed by Conns in the amount of $516.45.

4. Trustee objects to confirmation in accordance with 11 U.S.C. 1325 (a) (6).

WHEREFORE, the Trustee prays that the Bankruptcy Court deny confirmation of

the Debtors' Chapter 13 Plan and Motion for Valuation and for such other relief to which

this bankruptcy estate may be justly entitled.


Respectfully submitted,

Date: September 27, 2010                    /S/ Walter O'Cheskey
                                            Walter O'Cheskey, Trustee
                                            6308 Iola Avenue
                                            Lubbock, TX  79424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to
Confirmation was this date served on the following parties at the addresses listed below
by electronic service or by U.S. First Class Mail:

William Neary                               Debtor(s):
United States Trustee                       CHRISTOPHER  & CARLY COUCH
1100 Commerce Street, Room 9C60             4618 COUNTY RD 239
Dallas, Texas 75242 209                     RISING STAR, TX 76471


Debtor(s) Attorney:
MONTE J WHITE & ASSOCIATES PC
402 CYPRESS SUITE 310
ABILENE, TX 79601

Date: September 27, 2010                    /S/ Walter O'Cheskey
                                            Office of the Standing Trustee