IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-10247 |
| | § | |
| CHRIS M COUCH | § | |
| CARLY TAGAN GANN COUCH | § | CHAPTER 13 |
| Debtor(s) | § | |

<u>Objection of Conn Appliances, Inc. dba Conn's as Servicer-in-fact and Attorney-in-fact for Conn Funding II to Confirmation</u>

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, Conn Appliances, Inc. dba Conn's as Servicer-in-fact and Attorney-in-fact for Conn Funding II , a secured creditor and party in interest in this bankruptcy case, pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure, and files this Objection to Confirmation of Debtor's Chapter 13 Plan, and respectfully shows the Court as follows:

1. This Court has jurisdiction over this contested matter pursuant to 28 U.S.C. §§ 1334 and 157(b) and 11 U.S.C. §§ 361 and 362. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. The Debtor(s) filed a voluntary Chapter 13 Petition on July 30, 2010.

3. Conn's filed proof of claim number  4  on August 30, 2010 , for a total amount of $516.45, with $516.45 being secured, along with evidence of a purchase money security interest in the items which secure this claim.

4. Conn's objects to the Debtor's Chapter 13 Plan Summary. The Plan Summary lists Conn's as an unsecured creditor.

5. Conn's believes the replacement value of the collateral, which secures its claim, is $516.45, and in support of such relies on the Supreme Court decision in <u>Associates Commercial Corp v. Rash,</u> and seeks this collateral value in the Debtor's Chapter 13 Plan. 520 U.S. 953 (1997).

WHEREFORE PREMISES CONSIDERED, Conn's prays that confirmation of the Debtor's Chapter 13 Plan be denied, and such other relief to which it may be justly entitled.

Respectfully Submitted,

Conn Appliances, Inc. d/b/a Conn's

By: /s/ Dana Overstreet
Dana Overstreet
Texas State Bar No. 00788152
Charlotte D. Foutz
Texas Bar No. 24038068
3295 College Street
Beaumont, Texas 77701
Telephone: 409-832-1696
Toll Free: 866-904-9067 ext. 3395
Facsimile: 409-835-1868

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2010, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class U.S. mail to:

/s/ Dana Overstreet
Dana Overstreet and/or Charlotte D. Foutz

Debtor(s)
CHRIS M COUCH CARLY TAGAN GANN COUCH
4618 COUNTY ROAD 239
RISING STAR TX 76471

Attorney for Debtor(s)
PAMELA JEAN CHANEY
MONTE J. WHITE AND ASSOCIATES, P.C.
AMERICAN STATE BUILDING
402 CYPRESS, STE. 310
ABILENE, TX 796014

Chapter 13 Trustee
WALTER O'CHESKEY
6308 IOLA AVENUE
LUBBOCK, TEXAS 79424

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on September 2, 2010:

  Conn's made a good faith effort to negotiate a settlement of this Objection to Confirmation with Debtor's Counsel but no settlement was reached.

__X___Called Debtor's Counsel in an effort to resolve this Objection to Confirmation and no response was received by the same time on the second business day after such communication.

_____Emailed Debtor's Counsel in an effort to resolve this Objection to Confirmation and no response was received by the same time on the second business day after such communication.

_____ Faxed a letter to Debtor's Counsel in an effort to resolve this Objection to Confirmation and no response was received by the same time on the second business day after such communication.

                */s/ Dana Overstreet*
                Dana Overstreet