Pamela J. Chaney
State Bar No. 24006983
Attorney for Debtors
Monte J. White & Associates
402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-10247-RLJ-13 |
| CHRISTOPHER MICHAEL COUCH | § | |
| | § | |
| CARLY TAGAN GANN COUCH | § | |
|     DEBTORS | | |

<u>NOTICE OF DEBTORS' ADDRESS CHANGE</u>

    COME NOW CHRISTOPHER MICHAEL COUCH and CARLY TAGAN GANN COUCH, Debtors, and file this Notice of Debtors' Address Change. Attorney for Debtors hereby notifies proper address for service on Debtors is:

    Christopher Michael Couch
    Carly Tagan Gann Couch
    4618 County Road 239
    Rising Star, TX 76471

    Respectfully submitted,

    <u>/s/Pamela J. Chaney</u>
    Attorney for Debtor