IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE: CHRISTOPHER MICHAEL COUCH & CARLY TAGAN GANN COUCH

CASE NO. 10-10247

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, National Collegiate Trust hereby request the Trustee payment address on its claim(s) for the above mentioned case be changed to the new payment address below:

**National Collegiate Trust**
**C/O Total Debt Management**
**PO Box 2402**
**Columbus, GA 31902**

This address change pertains to Trustee payments and all other correspondences for all claims filed by this Creditor.

/s/ Stacy Suire
Stacy Suire
Telephone (800) 209-9161

CC:

WALTER 1213 OCHESKEY
6308 IOLA AVENUE
LUBBOCK, TX 79424